## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | § | |
|---|---|---|
| IN RE NEO WIRELESS, LLC PATENT LITIG. | § § § § | 2:22-md-03034-TGB <br><br> HON. TERRENCE G. BERG |
| NEO WIRELESS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> MERCEDES-BENZ USA, LLC, <br><br> *Defendant*. | § § § § § § § § § § § | 2:22-cv-11769-TGB <br><br> HON. TERRENCE G. BERG <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO RULE 41(a)(2)

Before the Court is Plaintiff Neo Wireless LLC and Defendant Mercedes-Benz USA, LLC's  Joint Motion to Dismiss with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2). After considering the motion, the Court hereby **GRANTS** the motion as follows:

Defendant Mercedes-Benz USA, LLC is hereby **DISMISSED WITH PREJUDICE**.  It is further **ORDERED** that each party will bear its own costs, attorneys' fees and expenses.

**IT IS SO ORDERED.**

/s/Terrence G. Berg
Hon. Terrence G. Berg
United States District Judge

Date Entered: June 29, 2023